MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 19, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 16-32

LOUIS AGE, JR.                              SECTION A

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
            X  COUNSEL FOR DEFENDANT   _Richard J. Bourke & Christine M. Lehmann_
            X  ASSISTANT U.S. ATTORNEY  _Harry W. McSherry_
            ___ INTERPRETER            _____ SWORN
                    (TIME:        .M  to        .M)
X / READING OF THE SUPERSEDING INDICTMENT: READ (WAIVED) SUMMARIZED
 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO
    THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE
    DISTRICT JUDGE.

 X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

 __ / DEFENDANT RELEASED ON ORIGINAL BOND

 __ / BAIL SET AT _____

 __ / DEFENDANT RELEASED ON NEW BOND

 __ / OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

 **X** / TRIAL: **TO BE SET BY SECTION A**

**BEFORE UNITED STATES DISTRICT JUDGE JAY C. ZAINEY**

MJSTAR: 00: 02