MINUTE ENTRY
SEPTEMBER 19, 2017
ROBY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NO. 16-32

LOUIS AGE, JR.     SECTION: A

<u>**DETENTION HEARING**</u>

PRESENT: X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT (CJA)/FPD: Richard G. Bourke and Christine M. Lehmann  636 Baronne St., New Orleans, LA 70113

X/ASST. U.S. ATTORNEY Harry W. McSherry

_/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

_/GOVERNMENT WITNESS(ES) _____

_/DEFENSE WITNESS(ES) _____

MJSTAR: 00: 02

LOUIS AGE, JR.                                              <u>16-32 A</u>

DEFENDANT                                                   CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

_X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

_X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

_X_/ THE DEFENDANT WAIVED/(STIPULATED) TO DETENTION RESERVING (HIS)/HER RIGHT TO REOPEN

___/ OTHER: _____

_____

*[signature]*