UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Case No. 16-32-2** |
| v. | ) **Section "M"** |
| | ) |
| **LOUIS AGE JR.** | ) **Judge Barry W. Ashe** |
| **LOUIS AGE III** | ) |
| **RONALD WILSON JR** | ) |
| **KENDRICK JOHNSON** | ) |
| **STANTON GUILLORY** | ) |

# LOUIS AGE JR.'S NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 23rd day of January, 2020 at 1:30pm, defendant Louis Age Jr. will bring for hearing his *Motion for Production of Jury Selection Records Pursuant to 28 U.S.C.S. 1867(F)*, before the Honorable Judge Barry W. Ashe, in the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Richard Bourke*
Richard Bourke, LA #31428
Joseph Vigneri, LA #37905
Attorneys for Louis Age, Jr.
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
504-558-9867
504-558-0378 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on 12/30/19 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

*/s/ Richard Bourke*