## UNITED STATES OF AMERICA V. LOUIS AGE JR., 16-32-2

## 28 U.S.C.S. 1867(D) Declaration of Julia Chung

1. Over the span of 7 months, I requested all available AO-12 forms of prior master wheels, which have since been emptied, from all judicial districts and divisions in the country.

2. Of the AO-12 forms that I received, I selected one AO-12 form from each judicial district or division in which its master jury wheel was refilled closest in time to April 19, 2017, when persons were drawn for summoning for Mr. Age's grand jury.

3. I excluded AO-12 forms that had insufficient data to analyze the absolute and relative disparity of the percentage of Black or African-American people in the qualified wheel of the judicial district or division compared to the community percentage of Black or African-American people in that judicial district or division.[1]

4. I excluded AO-12 forms that included a Qualified List sample size of less than 300.[2]

5. I excluded AO-12 forms representing district-wide data if I received AO-12 forms for all the corresponding judicial divisions. Conversely, I excluded AO-12 forms representing a particular judicial division if I received an AO-12 form for the entire district but did not receive AO-12 forms for all the other judicial divisions in that district.

6. After applying these exclusions, I produced 98 AO-12 forms with valid data. I have attached the data I collected from the 98 AO-12 forms to my declaration.

---

[1] The following AO-12 forms were excluded because they did not provide sufficient data to produce relevant calculations: Montana, District; Indiana, Northern; Wyoming, District; Southern District of Ohio, District; Northern Mariana Islands, District; Connecticut, District.

[2] The Administrative Office of the United States Courts requires that the sample of forms should be at least as large as the prescribed minimum sample size of 300. The following judicial districts and divisions were excluded: Nebraska, North Platte; Western District of Wisconsin, Wausau; Western District of Wisconsin, Superior; Western District of Wisconsin, La Crosse; Western District of Wisconsin, Eau Claire; Colorado, Pueblo; Eastern District of Tennessee, Winchester; Northern District of California, Eureka; Western District of New York, Buffalo; Western District of New York, Rochester.

7. The Form AO-12's represent Qualified Jury Wheels from 38 districts at either the district level or division level.

8. Of the 98 Form AO-12's, the Qualified Jury Wheel in the Eastern District of Louisiana shows the most under-representation of Black or African-American persons for any district or division as measured by Absolute Disparity.

9. Of the 17 districts or divisions with Black or African-American populations greater than 20%, the Qualified Jury Wheel in the Eastern District of Louisiana shows the most under-representation of Black or African-American persons for any district or division as measured by Absolute Disparity.

10. Of the 17 districts or divisions with Black or African-American populations greater than 20%, the Qualified Jury Wheel in the Eastern District of Louisiana shows the second most under-representation of Black or African-American persons for any district or division as measured by Relative Disparity. Only the Eastern District of Michigan, Ann Arbor division has a higher relative disparity than the Eastern District of Louisiana.

11. Of the 17 districts or divisions with Black or African-American populations greater than 20%, the Eastern District of Louisiana is one of four judicial districts or divisions that have a relative disparity greater than one-third of the population.

12. "NP" indicates that information was "Not Provided" in the AO-12 form.

13. To the best of my knowledge, the figures in the attachment mirror the figures provided in the AO-12 forms.

I declare under penalty of perjury that the foregoing is true and correct.

Julia Chung

*/s/ Julia Chung*

April 23, 2021

| District | Division | Source | Date of Sample | Total Qualified List Sample | Percentage of Black People | Percentage of Black | Absolute Disparity | Relative Disparity |
|---|---|---|---|---|---|---|---|---|
| California - Central | Southern | Voter Registration & DMV | 3/29/2018 | 8,995 | 1.59% | 1.90% | -0.31% | -16.11% |
| California - Central | Eastern | Voter Registration & DMV | 3/29/2018 | 6,320 | 7.29% | 8.40% | -1.11% | -13.16% |
| California - Central | Western | Voter Registration & DMV | 3/29/2018 | 18,294 | 7.42% | 9.20% | -1.78% | -19.39% |
| California-Northern | San Jose | Voter Registration | 7/16/2019 | 5,934 | 1.78% | 3.00% | -1.22% | -40.68% |
| California-Northern | San Francisco/Oakland | Voter Registration, Department of Motor Vehicle | 1/11/2019 | 21,937 | 4.44% | 8.00% | -3.56% | -44.56% |
| California-Southern | NP | Voter Registration | 6/19/2017 | 22,957 | 3.04% | 5.50% | -2.46% | -44.73% |
| Colorado | Durango | Voter Registration, Driv Lic & Adult IDs | 3/1/2018 | 577 | 0.00% | 0.40% | -0.40% | -100.00% |
| Colorado | Grand Junction | Driv Lic & Non-Driv ID | 3/1/2018 | 506 | 0.20% | 0.70% | -0.50% | -71.54% |
| Colorado | Denver | Voter Registration, Driv Lic & Adult IDs | 3/1/2018 | 3,686 | 2.12% | 4.10% | -1.98% | -48.19% |
| Florida - Northern | Pensacola | Voter registration | 10/19/2015 | 8,172 | 9.13% | 12.62% | -3.49% | -27.62% |
| Florida - Northern | Panama City | Voter registration | 10/19/2015 | 5,861 | 9.72% | 13.58% | -3.86% | -28.43% |
| Florida - Northern | Gainesville | Voter registration | 10/19/2015 | 5,739 | 11.49% | 15.53% | -4.04% | -26.02% |
| Florida - Northern | Tallahassee | Voter registration | 10/19/2015 | 8,308 | 23.48% | 29.82% | -6.34% | -21.25% |
| Florida - Southern | Monroe | Voter Registration | 2/2/2016 | 393 | 2.55% | 5.10% | -2.55% | -49.98% |
| Florida - Southern | Fort Pierce | Voter Registration | 2/2/2016 | 439 | 10.05% | 10.00% | 0.05% | 0.46% |
| Florida - Southern | Palm Beach | Voter Registration | 2/2/2016 | 420 | 15.70% | 13.00% | 2.70% | 20.77% |
| Florida - Southern | Miami Dade | Voter Registration | 1/14/2016 | 461 | 20.22% | 20.70% | -0.48% | -2.33% |
| Florida - Southern | Broward | Voter Registration | 2/2/2016 | 532 | 26.65% | 22.10% | 4.55% | 20.61% |
| Illinois-Southern | Benton | Voter Registration, Department of Motor Vehicle | 11/6/2015 | 703 | 2.31% | 5.30% | -2.99% | -56.50% |
| Illinois-Southern | East St. Louis | Voter Registration, Department of Motor Vehicle | 11/6/2015 | 1,123 | 10.91% | 13.00% | -2.09% | -16.07% |
| Iowa-Northern | All | Actual Voters, Department of Transportation | 6/26/2017 | 9,143 | 0.95% | 2.10% | -1.15% | -54.62% |
| Kentucky-Western | Owensboro | Voter Registration | 12/10/2013 | 1,122 | 2.23% | 4.70% | -2.47% | -52.47% |
| Kentucky-Western | Paducah | Voter Registration | 12/10/2013 | 2,122 | 4.72% | 8.80% | -4.08% | -46.40% |
| Kentucky-Western | Bowling Green | Voter Registration | 12/10/2013 | 1,085 | 3.07% | 10.40% | -7.33% | -70.46% |
| Kentucky-Western | Louisville | Voter Registration | 12/10/2013 | 2,760 | 9.68% | 14.30% | -4.62% | -32.28% |
| Louisiana - Eastern | District | Voter Registration | 3/31/2017 | 1,992 | 19.26% | 31.10% | -11.84% | -38.08% |
| Maine | Portland/Bangor | Voter Registration | 9/12/2013 | 4,783 | 0.28% | 0.90% | -0.62% | -68.41% |
| Massachusetts | 1-Boston | City/Town Resident's List | 8/8/2017 | 378 | 7.71% | 5.70% | 2.01% | 35.31% |
| Michigan - Western | Marquette | Voter Registration/Drivers List | 9/2/2014 | 1,013 | 0.37% | 2.50% | -2.13% | -85.24% |
| Michigan - Western | Grand Rapids | Voter Registration/Drivers List | 9/2/2014 | 2,875 | 4.38% | 5.70% | -1.32% | -23.11% |
| Michigan - Western | Kalamazoo | Voter Registration/Drivers List | 9/2/2014 | 1,849 | 4.35% | 7.40% | -3.05% | -41.17% |
| Michigan-Eastern | Bay City | Voter Registration/Drivers List/State ID Cards | NP | 7,212 | 3.17% | 4.90% | -1.73% | -35.28% |
| Michigan-Eastern | Flint | Voter Registration/Drivers List/State ID Cards | 2/27/2017 | 7,703 | 6.48% | 10.90% | -4.42% | -40.54% |
| Michigan-Eastern | Ann Arbor | Voter Registration/Drivers List/State ID Cards | 2/27/2017 | 6,199 | 15.23% | 25.00% | -9.77% | -39.07% |
| Michigan-Eastern | Port Huron | Voter Registration/Drivers List/State ID Cards | 2/27/2017 | 2,866 | 15.77% | 23.80% | -8.03% | -33.74% |
| Michigan-Eastern | Detroit | Voter Registration/Drivers List/State ID Cards | 2/27/2017 | 28,068 | 14.38% | 21.20% | -6.82% | -32.18% |
| Minnesota | 6 | Voter Registration/List of actual voters/Driver's list/Stat | 1/4/2016 | 2,000 | 0.60% | 0.70% | -0.10% | -13.68% |
| Minnesota | 5 | Voter Registration/List of actual voters/Driver's list/Stat | 1/4/2016 | 6,931 | 0.26% | 0.80% | -0.54% | -67.30% |
| Minnesota | 3 | Voter Registration/List of actual voters/Driver's list/Stat | 1/4/2016 | 9,930 | 3.38% | 2.70% | 0.68% | 25.19% |
| Minnesota | 4 | Voter Registration/List of actual voters/Driver's list/Stat | 1/4/2016 | 13,248 | 3.54% | 4.70% | -1.16% | -24.71% |
| Mississippi-Southern | Southern | Voter Registration | 3/16/2021 | 8,915 | 14.51% | 18.70% | -4.19% | -22.42% |
| Mississippi-Southern | Eastern | Voter Registration | 3/16/2021 | 6,960 | 23.42% | 31.80% | -8.38% | -26.35% |
| Mississippi-Southern | Western | Voter Registration | 3/16/2021 | 5,508 | 38.92% | 50.00% | -11.08% | -22.16% |
| Mississippi-Southern | Northern | Voter Registration | 3/16/2021 | 13,236 | 37.31% | 45.60% | -8.29% | -18.19% |
| Missouri-Eastern | 2-Northern | Voter,Drivers Lic& Non-Driver ID | 7/17/2017 | 1,083 | 1.39% | 3.60% | -2.21% | -61.46% |
| Missouri-Eastern | 1-Southeastern | Voter,Drivers Lic& Non-Driver ID | 7/17/2017 | 1,690 | 4.14% | 6.40% | -2.26% | -35.24% |
| Missouri-Eastern | 4-Eastern | Voter,Drivers Lic& Non-Driver ID | 7/17/2017 | 5,550 | 12.57% | 17.30% | -4.73% | -27.37% |
| Missouri-Western | Southern & SW | Voter Registration, Driver's Lic, State ID Cards | 8/30/2018 | 7,216 | 0.65% | 1.71% | -1.06% | -61.85% |
| Missouri-Western | Central | Voter Registration, Driver's Lic, State ID Cards | 8/30/2018 | 3,976 | 2.83% | 5.30% | -2.47% | -46.69% |
| Missouri-Western | Western & St. Joseph | Voter Registration, Driver's Lic, State ID Cards | 8/30/2018 | 10,154 | 5.04% | 11.61% | -6.57% | -56.62% |
| Nebraska | Lincoln - 4 | Voter Registration, State ID, Driver's License | 9/27/2017 | 806 | 0.87% | 2.00% | -1.13% | -56.47% |
| Nebraska | Omaha | Voter Registration, State ID, Driver's License | 9/27/2017 | 1,261 | 3.99% | 6.70% | -2.71% | -40.49% |
| New Jersey | Trenton | Voter registration | 2/21/2018 | 14,458 | 5.43% | 7.90% | -2.47% | -31.25% |
| New Jersey | Newark | Voter registration | 2/21/2018 | 20,111 | 10.75% | 14.70% | -3.95% | -26.89% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Jersey | Camden | Voter registration | 2/21/2018 | 14,220 | 10.85% | 15.10% | -4.25% | -28.17% |
| New Mexico | Southern | Voter Registration | 6/30/2017 | 313 | 1.31% | 2.10% | -0.79% | -37.55% |
| New Mexico | Northern | Voter Registration | 6/30/2017 | 414 | 2.74% | 2.10% | 0.64% | 30.30% |
| New York-Northern | All | Voter Registration | 7/24/2013 | 12,318 | 2.06% | 4.70% | -2.64% | -56.19% |
| New York-Southern | White Plains | Voter Registration, Department of Motor Vehicle | 6/15/2020 | 24,786 | 8.77% | 11.00% | -2.23% | -20.26% |
| New York-Southern | Foley Square | Voter Registration | 3/20/2020 | 79,342 | 17.96% | 21.00% | -3.04% | -14.50% |
| North Carolina-East | Southern | Voter Registration | 11/30/2020 | 6,550 | 15.42% | 19.80% | -4.38% | -22.13% |
| North Carolina-East | Western | Voter Registration | 11/30/2020 | 10,223 | 19.81% | 27.20% | -7.39% | -27.17% |
| North Carolina-East | Northern | Voter Registration | 11/30/2020 | 2,732 | 25.37% | 34.40% | -9.03% | -26.26% |
| North Carolina-East | Eastern | Voter Registration | 11/30/2020 | 7,862 | 27.37% | 32.20% | -4.83% | -14.99% |
| Northern District of Texas | San Angelo | Voter Registration | 2/22/2016 | 1,831 | 2.03% | 3.50% | -1.47% | -42.06% |
| Northern District of Texas | Amarillo | Voter Registration | 2/22/2016 | 2,923 | 1.96% | 4.80% | -2.84% | -59.21% |
| Northern District of Texas | Abilene | Voter Registration | 2/22/2016 | 2,509 | 1.74% | 6.30% | -4.56% | -72.36% |
| Northern District of Texas | Lubbock | Voter Registration | 2/22/2016 | 2,898 | 3.54% | 6.30% | -2.76% | -43.83% |
| Northern District of Texas | Wichita Falls | Voter Registration | 2/22/2015 | 2,727 | 3.24% | 7.50% | -4.26% | -56.86% |
| Northern District of Texas | Fort Worth | Voter Registration | 2/22/2016 | 9,966 | 8.67% | 12.70% | -4.03% | -31.74% |
| Northern District of Texas | Dallas | Voter Registration | 2/22/2016 | 10,186 | 13.96% | 21.80% | -7.84% | -35.97% |
| Northern Illinois | Western | Voter Registration | 10/18/2016 | 2,495 | 2.45% | 4.90% | -2.45% | -50.06% |
| Northern Illinois | Eastern | Driver's License State ID and Voter Registration | 1/4/2018 | 27,998 | 14.36% | 19.50% | -5.14% | -26.35% |
| Ohio - Northern | Toledo | Voter Registration, State ID, BMV | 2/6/2015 | 1,523 | 3.62% | 7.20% | -3.58% | -49.78% |
| Ohio - Northern | Akron | Voter Registration, State ID, BMV | 2/6/2015 | 1,828 | 5.66% | 7.80% | -2.14% | -27.44% |
| Ohio - Northern | Youngstown | Voter Registration, State ID, BMV | 2/6/2015 | 1,734 | 6.47% | 9.50% | -3.03% | -31.85% |
| Ohio - Northern | Cleveland | Voter Registration, State ID, BMV | 2/6/2015 | 1,697 | 11.75% | 17.00% | -5.25% | -30.90% |
| Oklahoma - Eastern | 4-Durant | Voter Registration | 8/26/2013 | 647 | 4.23% | 4.30% | -0.07% | -1.74% |
| Oklahoma - Eastern | 6-Muskogee | Voter Registration | 8/26/2013 | 1,483 | 2.64% | 4.70% | -2.06% | -43.74% |
| Oklahoma - Northern | Tulsa | Voters List/Drivers Lic | 10/7/2013 | 1,797 | 4.84% | 6.70% | -1.86% | -27.81% |
| Oregon | Medford | Voter Registration | 1/21/2016 | 2,656 | 0.49% | 0.40% | 0.09% | 22.60% |
| Oregon | Pendleton | Voter Registration | 1/21/2016 | 1,073 | 0.09% | 0.60% | -0.51% | -84.42% |
| Oregon | Eugene | Voter Registration | 1/21/2016 | 2,942 | 0.41% | 0.70% | -0.29% | -41.51% |
| Oregon | Portland | Voter Registration | 1/21/2016 | 19,580 | 1.52% | 2.60% | -1.08% | -41.50% |
| Pennsylvania - Eastern | 1 | Voter Registration | 6/20/2013 | 8,554 | 8.59% | 16.30% | -7.71% | -47.29% |
| Rhode Island | 1 | Voter Registration | 12/23/2015 | 3,444 | 3.87% | 4.50% | -0.63% | -14.08% |
| Southern District of Indiana | New Albany | Voter Registration, Indiana Supreme Court State List | 5/1/2017 | 1,465 | 2.33% | 2.60% | -0.27% | -10.55% |
| Southern District of Indiana | Terre Haute | Voter Registration, Indiana Supreme Court State List | 5/1/2017 | 2,906 | 1.04% | 3.80% | -2.76% | -72.71% |
| Southern District of Indiana | Evansville | Voter Registration, Indiana Supreme Court State List | NP | 3,066 | 3.01% | 4.20% | -1.19% | -28.35% |
| Southern District of Indiana | Indianapolis | Indiana Supreme Court State List | 5/1/2017 | 7,364 | 8.10% | 10.90% | -2.80% | -25.66% |
| Southern District of West Virg | NP | Voter Registration | 7/15/2015 | 12,198 | 2.62% | 3.40% | -0.78% | -22.85% |
| Tennessee - Eastern | Northeastern | Voter Registration | 6/18/2014 | 541 | 0.74% | 2.30% | -1.56% | -67.85% |
| Tennessee - Eastern | Northern | Voter Registration | 6/18/2014 | 1,120 | 3.05% | 4.30% | -1.25% | -29.02% |
| Tennessee - Eastern | Southern | Voter Registration | 6/18/2014 | 836 | 9.77% | 11.90% | -2.13% | -17.92% |
| Vermont | N, SW, SE | Voter Registration/Drivers List | 5/16/2017 | 1,339 | 0.22% | 0.80% | -0.58% | -71.95% |
| Virgin Islands | St. Croix | Voter Registration/Drivers List | 10/1/2015 | 363 | 69.02% | 73.30% | -4.28% | -5.84% |
| Virgin Islands | St. Thomas/St. John | Voter Registration/Department of Motor Vehicle | 4/1/2020 | 312 | 77.10% | 78.26% | -1.16% | -1.49% |
| Wisconsin - Western | District Wide | Voter Registration | 11/9/2020 | 6,963 | 2.33% | 1.70% | 0.63% | 37.20% |