# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-032** |
| **V.** | * | **SECTION: "M"** |
| **STANTON GUILLORY, et al.** | * | |

\* \* \*

## SCHEDULING ORDER

The United States of America, Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr., Kendrick Johnson, and Stanton Guillory, through their respective counsel of record, respectfully propose the following scheduling order as specified below. All parties represent that the requested modifications to the existing scheduling order and/or deadlines are needed because of the ongoing problems posed by the COVID-19 pandemic, and accompanying complications for trial preparation.

All parties in this case consent to the following scheduling order as discussed and agreed upon at the Status Hearing held before this Honorable Court on Tuesday, January 4, 2022:

1. February 11, 2022 - The Government and Defendants will file motions *in limine*.

2. February 25, 2022 - The Government and Defendants will file oppositions to motions *in limine*.

3. February 28, 2022 – The Government will disclose all *Brady* material, and Jencks Act material related to any witnesses it intends to call at trial for whom there are no concerns regarding the safety and security of the witness;

4. March 2, 2022 - Reply briefs will be filed by Government and Defendants to oppositions to motions *in limine*.

5. March 7, 2022 - Proposed Jury Instructions and Verdict Form due to the Court.

6. March 7, 2022 - Prosecution exhibit book due to the Court (two hard copies)

and defense counsel.  The Government requests permission to supplement, if necessary.

7. March 7, 2022 - The Government will disclose all *Brady* material, and Jencks Act material related to any witnesses for whom disclosure was not made on February 28, 2022.

8. March 8, 2022 - Court will hold any hearings, if necessary, on motions *in limine*.

9. February 23, 2022 at 9:30 a.m. Pre-Trial Conference.  Week of March 14, 2022 - Trial begins.  Court will hold a hearing, if necessary, on the Government's Motion for Forfeiture by Wrongdoing after jury selection and out of the presence of the jury.

Wherefore, the parties respectfully move this Honorable Court for an Order scheduling the above dates.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Elizabeth Privitera*
ELIZABETH PRIVITERA, 27042
DAVID HALLER
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3119
Email: elizabeth.privtera@usdpoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Elizabeth Privitera*
ELIZABETH PRIVITERA