# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 16-32-1 |
| | § | |
| LOUIS AGE, JR. | § | SECTION "M" |
| LOUIS AGE, III | § | |
| RONALD WILSON, JR. | § | JUDGE BARRY W. ASHE |
| KENDRICK JOHNSON | § | |
| STANTON GUILLORY | § | |

## JOINT MOTION OF ALL DEFENDANTS FOR A CONTINUANCE OF THE TRIAL ON THE MERITS, AND FOR A CORRESPONDING RESETTING OF ALL PRE-TRIAL DEADLINES

COME NOW Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr., Kendrick Johnson, and Stanton Guillory, through their respective counsel of record, who, respectfully move this Honorable Court for the entry of an order continuing the trial on the merits of this matter, now set for the 24th day of January, 2022, at 8:30 a.m., to the 14th of March, 2022, at 8:30 a.m. In addition, movants further request that this order reset all of the remaining pre-trial deadlines in this matter. As grounds for this motion, defendants show as follows:

1. As the Court is aware, the instant proceeding is extremely complex, and involves a larger than usual number of codefendants, and counsel. In addition, it appears that the trial will take place over a longer-than-usual period, possibly as much as 10 weeks.

2. The entire United States District Court for the Eastern District of Louisiana is currently operating under certain protocols as a result of the Covid-19 pandemic, which were most recently set forth in General Order No.21-16, issued on December 20, 2021.

1

    Those protocols include requirements that: (1) all persons entering the building provide proof of vaccination, or a negative PCR test taken within 72 hours of entry;(2) all persons entering the courthouse have their temperature taken, which must be normal for entry to be permitted; (3) all persons in the building wear masks or face coverings; and (4) all persons maintain a social distance of not less than six fee while moving throughout the building.

3. Several of these requirements would be difficult to comply with during the course of a ten-week trial, given the confines of the courtroom, the confines of the jury room, the need for counsel to consult with their clients during the course of trial, and the need for counsel to consult with witnesses.

4. Moreover, the predominant variant of the Covid-19 virus, "omicron," is extremely contagious, and is presently producing a record number of infections throughout the State of Louisiana, including in the parishes covered by the Eastern District of Louisiana. On information and belief, counsel for defendants aver that the current "wave" of infections from the virus has yet to peak, but will do so either shortly before the beginning of a January 24, 2022, trial, or sometime during trial if it begins on that date. As a consequence of the highly contagious nature of the virus, and the conditions under which trial will take place, defense counsel believe that it is unlikely that any trial begun on January 24, 2022 could be concluded successfully, *i.e.,* without a mistrial being declared because of sick or infected jurors; sick or infected counsel; sick or infected defendants; and sick or infected court personnel. Accordingly, a continuance that takes the trial past the current "wave" is both prudent, and appropriate.

5. Such a continuance would not violate the "Speedy Trial Act" (18 USC § 3161, *et seq.*)

because the Court's reduced ability to safely obtain an adequate spectrum of jurors and the effect of the recent surge of COVID-19 cases on the ability of counsel and Court staff to be safely present in the courtroom, renders the delay caused by any continuance excludable under the Speedy Trial Act, provided this Court specifically finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and any defendant's right to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

6. If the trial is continued, any order should also continue the pre-trial deadlines, in a manner that preserves both the sequence of the deadlines, and their timing in relation to the trial.

7. The Government has been advised of this request for a continuance, and takes no position regarding it.

Wherefore, defendants respectfully move this Honorable Court for the entry of the order attached hereto.

*/s/Herbert V. Larson, Jr.*
Herbert V. Larson, Jr., Louisiana Bar No. 8052
THE LAW OFFICES OF
HERBERT V. LARSON, JR.
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500
hvl@hvllaw.com

*/s/ Stephen J. Haedicke*
STEPHEN J. HAEDICKE (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA 70117
504-291-6990 Telephone
504-291-6998 Fax
Stephen@haedickelaw.com

Attorneys for Kendrick Johnson

*/s/ Alysson L. Mills*
ALYSSON L. MILLS
650 Poydras Street, Suite 1525
New Orleans, LA 70130
amills@millsamond.com
Attorney for Stanton Guillory

3

s/ Jessica Mullaly
Jessica L. Mullaly, LA Bar #26674
Attorney for RonaldWilson
4720 Prytania Street
New Orleans, LA 70115
Telephone: 504-258-7294
Email: jessicamullaly1@gmail.com


/s/ Richard Bourke
Richard Bourke, LA #31428
Christine M. Lehmann
Attorneys for Louis Age, Jr.
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
504-558-9867
504-558-0378 (fax)

Attorneys for Louis Age, Jr.

/s/Steven Lemoine
STEVEN LEMOINE, LA Bar #8310
4240 Canal Street
New Orleans, LA 70119
Telephone: 504-236-6211
Email: stevelem@aol.com

Attorney for Louis Age, III

/s/ Kerry P. Cuccia
KERRY P. CUCCIA
3801 Canal Street
Suite 400
New Orleans, LA  70119
504-595-8965
Email: kerryc@capitald.org

Attorney for Stanton Guillory

Nicholas J. Trenticosta
Nicholas J. Trenticosta
Herrero & Trenticosta
7100 St. Charles Ave.
New Orleans, LA  70118
504-352-8019
Email:  nicktr@bellsouth.net

Attorney for Louis Age, III


/s/ Anna Friedberg
Anna Friedberg
3110 Canal Street
New Orleans, LA 70119
504-444-8557
Email: anna.friedberg@gmail.com

Attorney for Ronald Wilson

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, thereby sending a notice of electronic filing to the appropriate counsel of record.

Date:  January 14, 2022.

>*/s/Herbert V. Larson, Jr.*
>HERBERT V. LARSON, JR.