IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 16-32-1 |
| | § | |
| LOUIS AGE, JR. | § | SECTION "M" |
| LOUIS AGE, III | § | |
| RONALD WILSON, JR. | § | JUDGE BARRY W. ASHE |
| KENDRICK JOHNSON | § | |
| STANTON GUILLORY | § | |

**ORDER**

The Joint Motion of All Defendants for A Continuance of the Trial on the Merits considered;

And the Court having specifically found that such a continuance would not violate the "Speedy Trial Act" (18 USC § 3161, *et seq.*) because the ends of justice served by ordering the continuance outweigh the best interest of the public and any defendant's right to a speedy trial, (*See* 18 U.S.C. § 3161(h)(7)(A)), because of the Court's reduced ability to safely obtain an adequate spectrum of jurors and the effect of the recent surge of COVID-19 cases on the ability of counsel and Court staff to be safely present in the courtroom, which renders the delay caused by any continuance excludable under the Speedy Trial Act;

IT IS ORDERED that the trial of this matter be and hereby is continued from the 24th day of January, 2022, to 8:30 a.m. on the 14th day of March, 2022.

New Orleans, Louisiana, this ___ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE
BARRY W. ASHE