```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


*****************************************************************

UNITED STATES OF AMERICA
                                    CRIMINAL DOCKET NO. 15-154 "A"
VERSUS                              NEW ORLEANS, LOUISIANA
                                    FRIDAY, JANUARY 13, 2017, 8:00 A.M.

LEROY PRICE, ET AL

*****************************************************************


                              VOLUME 3
             TRANSCRIPT OF THE DARRYL FRANKLIN TESTIMONY
              HEARD BEFORE THE HONORABLE JAY C. ZAINEY
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE UNITED STATES
OF AMERICA:              U. S. ATTORNEY'S OFFICE
                         BY:  DAVID E. HALLER, ESQUIRE
                              HARRY W. McSHERRY, JR., ESQUIRE
                              MYLES D. RANIER, ESQUIRE
                         I    BRITTANY L. REED, ESQUIRE
                              JEFFREY K. SANDMAN, ESQUIRE
                         650 POYDRAS STREET, SUITE 1600
                         NEW ORLEANS LA  70130


FOR EVANS LEWIS:         LAW OFFICE OF CONNER AND SOTHERN
                         BY:  WILLIAM M. SOTHERN, ESQUIRE
                         3015 MAGAZINE STREET
                         NEW ORLEANS, LA  70115
```

*OFFICIAL TRANSCRIPT*

|  |  |
|---|---|
| 09:31:18 1 | they was okay with it.  They wasn't worrying about moving.  My |
| 09:31:21 2 | momma didn't want to move.  My children mother, she got her own |
| 09:31:25 3 | Section 8. |
| 09:31:26 4 | Q.   Did you also try to get them into some kind of protective |
| 09:31:29 5 | custody? |
| 09:31:30 6 | A.   That's what by moving, but they did not want to move. |
| 09:31:33 7 | Q.   They didn't want to move. |
| 09:31:41 8 | Did the Government tell you that other cooperators, |
| 09:31:44 9 | including a guy named Troy Jenkins, had told them that your |
| 09:31:48 10 | sister, Maw-Maw, was part of your drug organization? |
| 09:31:52 11 | A.   Troy who? |
| 09:31:52 12 | Q.   Troy Jenkins? |
| 09:31:52 13 | A.   I don't know Troy. |
| 09:31:52 14 | Q.   You don't know Troy Jenkins. |
| 09:31:55 15 | But they did tell you, we know your sister is part of |
| 09:31:59 16 | your drug organization, right?  That's the truth, right? |
| 09:32:01 17 | A.   Not that I remember. |
| 09:32:02 18 | Q.   Okay.  So, Mr. Franklin, as you testified earlier, you |
| 09:32:16 19 | think that there is a way to buy off time and buy credit in the |
| 09:32:21 20 | criminal justice system, right? |
| 09:32:24 21 | A.   Yes, sir. |
| 09:32:24 22 | Q.   Okay.  Because in your view, the criminal justice system, |
| 09:32:29 23 | just like anything else, it's something that can be paid for, |
| 09:32:32 24 | bought, manipulated with money, right? |
| 09:32:34 25 | A.   No, they got people out there on the street that will tell |

*OFFICIAL TRANSCRIPT*

```
09:32:38   1   you that they will do -- they got this thing with the
09:32:39   2   Government that do a third-party assistant.  That means if
09:32:43   3   you're incarcerated, someone on the street can go out there and
09:32:46   4   bust people for you and turn the case over to an agent.  The
09:32:51   5   agent can go to a District Attorney and ask for -- would he
09:32:53   6   write a Rule 35 or a 5K1 letter to a judge to reduce your
09:32:59   7   sentencing.
09:32:59   8            But they got some guys that will tell you that, if
09:33:01   9   you pay me, I will do that, but most people will give them
09:33:06  10   their money, and they will run off with your money, just lying
09:33:09  11   to you just to get you out your money, if they know that you
09:33:12  12   was a person that was at a level -- had the level of drugs that
09:33:14  13   I had, and think that you'll pay because you're so desperate to
09:33:18  14   get out of jail and just pay them.
09:33:20  15   Q.   You said a lot.  So third-party assist would mean that
09:33:24  16   some guy out there on the street would be trying to make a case
09:33:28  17   for the Government, right?
09:33:29  18   A.   Yes.
09:33:29  19   Q.   You would pay them some amount of money, and then they
09:33:36  20   would -- that person would give their 5K credit to you?
09:33:41  21   A.   Yes.
09:33:41  22   Q.   Would they do that legitimately, by telling the
09:33:46  23   Government, hey, I want Brother to get my credit, or would they
09:33:50  24   do it in some sort of lying way?
09:33:52  25   A.   Well, you can't let the Government know that you're being
```

*OFFICIAL TRANSCRIPT*

|  |  |
|---|---|
| 09:33:55 1 | paid to do it.  You have to be like you're doing this just |
| 09:33:57 2 | because that's my friend or that's my loved one or that's my |
| 09:34:01 3 | family, I'm doing it for that.  If the Government find out that |
| 09:34:03 4 | y'all got a scheme of money going behind it, no, that's not |
| 09:34:08 5 | legal. |
| 09:34:08 6 | Q.    But it is a scheme? |
| 09:34:09 7 | A.    Yeah, it's a scheme. |
| 09:34:10 8 | Q.    It is a scheme. |
| 09:34:11 9 |       Well, let's play a clip from July 13, 2014 -- oh, is |
| 09:34:16 10 | this something you -- that you were trying to do for yourself? |
| 09:34:21 11 | A.    Who, me? |
| 09:34:21 12 | Q.    Yeah. |
| 09:34:22 13 | A.    Yeah, I thought about doing it.  I tried it.  But I know |
| 09:34:24 14 | the guy that was asking me to do it, I know he's a slime ball. |
| 09:34:27 15 | I know what he do.  He takes people money and runs off with it. |
| 09:34:31 16 |       So I just talked to him because he was sending me |
| 09:34:35 17 | Green Dot cards.  I'll tell him that, yeah, I'm going to give |
| 09:34:35 18 | you some money, $30,000.  Just keep sending me Green Dots.  Go |
| 09:34:37 19 | and get me another Green Dot card, so I could buy Mojo and |
| 09:34:41 20 | cigarettes with it while I'm in jail, and pay my phone bill. |
| 09:34:45 21 | Q.    So he was trying to kind of get you interested, and you |
| 09:34:46 22 | thought that ultimately he was just trying to take you for a |
| 09:34:48 23 | ride? |
| 09:34:48 24 | A.    Yeah, I knew he was taking me for a ride, because he tried |
| 09:34:49 25 | to do it once in 2009 when he told me to give him $100,000 to |

| | |
|---|---|
| 09:34:54  1 | help me get off some bodies. |
| 09:34:55  2 | Q.   So you thought about doing it.  The reason why you didn't |
| 09:34:57  3 | do it wasn't because you had signed a Plea Agreement with the |
| 09:35:00  4 | Government and because you had already been under oath, but |
| 09:35:02  5 | because actually you thought the other guy was too shady for |
| 09:35:06  6 | you to do it with?  That's what you testified to, right? |
| 09:35:06  7 | A.   I knew he was shady.  Why would I do it, if I'm going to |
| 09:35:10  8 | do the same thing he's going to do for myself?  I'm going to |
| 09:35:13  9 | cooperate myself, so I don't need to pay you $30,000. |
| 09:35:16 10 | Q.   Well, let's play a clip from July 13, 2014, at 11:42 a.m., |
| 09:35:24 11 | to phone number (504)344-5464. |
| 02:48:26 12 | (WHEREUPON, at this point in the proceedings, a |
| 02:48:26 13 | recorded telephone conversation was played.) |
| 09:35:42 14 | EXAMINATION BY MR. SOTHERN: |
| 09:35:42 15 | Q.   Okay.  So if you pay someone $20,000, you can get them to |
| 09:35:55 16 | do enough for you on the street to tell the Government, to get |
| 09:36:00 17 | your time reduced by ten years? |
| 09:36:03 18 | A.   Yes. |
| 09:36:03 19 | Q.   If you pay $40,000, then that's enough money to get them |
| 09:36:11 20 | to cooperate against so many people that you'd get 20 years |
| 09:36:17 21 | taken off your time, right? |
| 09:36:19 22 | A.   It's whatever the judge recommend -- or whatever the |
| 09:36:23 23 | District Attorney recommend, you know.  Same thing, though. |
| 09:36:25 24 | Q.   Pursuant to the Plea Agreement, right -- that's what |
| 09:36:30 25 | you're talking about?  But this isn't part -- this $20,000 for |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 09:36:34 | 1 | ten years, 40 for 20, that's not part of any Plea Agreement, |
| 09:36:41 | 2 | right? |
| 09:36:41 | 3 | A.   No, sir. |
| 09:36:41 | 4 | Q.   You didn't swear to that in front of Judge Duval, right? |
| 09:36:43 | 5 | A.   No, sir. |
| 09:36:44 | 6 | Q.   Because that's not the way the system is supposed to work, |
| 09:36:44 | 7 | right? |
| 09:36:47 | 8 | A.   No, sir. |
| 09:36:47 | 9 | Q.   This slime ball who would make the case, he wouldn't care |
| 09:36:54 | 10 | if he was fingering guilty people or innocent people, right? |
| 09:36:57 | 11 | A.   Who, me? |
| 09:36:58 | 12 | Q.   The slime ball who would be making the case for you? |
| 09:37:00 | 13 | A.   I wouldn't deal with him.  I wouldn't even tell him to go |
| 09:37:03 | 14 | do it, because I know he's not going to go do it.  I know he's |
| 09:37:06 | 15 | a slime ball.  I know he's not going to do it. |
| 09:37:08 | 16 | Q.   He's not going to follow through and give you your credit, |
| 09:37:11 | 17 | right? |
| 09:37:11 | 18 | A.   It's not that.  How can help me when he's in federal |
| 09:37:14 | 19 | trouble his self?  So how can he help me when he's in federal |
| 09:37:16 | 20 | trouble his self? |
| 09:37:16 | 21 | Q.   Okay.  Well, let's keep on playing. |
| 02:48:26 | 22 |         (WHEREUPON, at this point in the proceedings, a |
| 02:48:26 | 23 | recorded telephone conversation was played.) |
| 09:37:52 | 24 | EXAMINATION BY MR. SOTHERN: |
| 09:37:52 | 25 | Q.   Okay.  Who is Vanity, again? |

*OFFICIAL TRANSCRIPT*

```
09:37:55   1    A.   That's Gregory baby momma.
09:37:57   2    Q.   Who is Rabbit?
09:37:59   3    A.   That's her baby father.
09:38:02   4    Q.   They know all about it, right?
09:38:04   5    A.   Anyone in the federal system know all about it.  Your
09:38:07   6    client know about it.  Everybody hear about it.  That's --
09:38:09   7    Q.   I'm asking you a question.  So you're saying that Rabbit
09:38:11   8    and Vanity know all about this scheme?
09:38:14   9    A.   Everyone know about it.  Everyone in the federal system
09:38:17  10    know about the scheme.
09:38:18  11    Q.   You didn't tell her to ask everybody.  You said, ask
09:38:21  12    Vanity, ask Rabbit, right?
09:38:21  13    A.   They the -- that's the only two --
09:38:23  14    Q.   That's my question.  I said, you didn't say, ask anybody,
09:38:26  15    ask anyone who has federal charges.  You said, ask Vanity, ask
09:38:30  16    Rabbit, right?
09:38:32  17    A.   You going to let me answer it?
09:38:34  18    Q.   No.  I'm asking you a yes or no question, and I want a
09:38:38  19    "yes" or "no" answer.
09:38:39  20         THE COURT:  Listen to his question.  Answer his
09:38:40  21    question.
09:38:40  22         THE WITNESS:  I'm trying to answer, but he kept on --
09:38:40  23    EXAMINATION BY MR. SOTHERN:
09:38:41  24    Q.   It's a yes or no question.  You didn't tell them --
09:38:41  25         THE COURT:  Hold on.  Start from scratch.  Ask him
```

*OFFICIAL TRANSCRIPT*

```
09:38:44  1   slowly the question.
09:38:45  2             You can answer yes or no, then you can explain
09:38:47  3   yourself, okay.
09:38:47  4         THE WITNESS:  Okay.
09:38:48  5         THE COURT:  But listen to his question closely.
09:38:48  6         THE WITNESS:  Yes, sir.
09:38:50  7         THE COURT:  Thank you.
09:38:51  8             Proceed.
09:38:52  9   EXAMINATION BY MR. SOTHERN:
09:38:53 10   Q.   Mr. Franklin, you didn't say, ask anybody.  You said,
09:38:58 11   correct, ask Vanity, ask Rabbit, right?  Yes or no?
09:39:02 12   A.   Yes, I did.
09:39:03 13   Q.   Thank you.  Thank you.
09:39:04 14   A.   The reason why I ask -- he said --
09:39:06 15         THE COURT:  He can respond.
09:39:07 16             Go ahead.
09:39:07 17         THE WITNESS:  The reason why I say ask them, because
09:39:10 18   that's the only two people that she know in federal custody
09:39:13 19   besides me.
09:39:13 20   EXAMINATION BY MR. SOTHERN:
09:39:13 21   Q.   Rabbit, as you know, is also a federal cooperator in this
09:39:20 22   case, right?
09:39:21 23   A.   Yes, sir.
09:39:21 24   Q.   So he's someone who also knows all about this scheme to
09:39:28 25   reduce your time with someone else's work, right?
```

*OFFICIAL TRANSCRIPT*

|  |  |  |
|---|---|---|
| 09:39:30 | 1 | A.  Everyone in the federal system know about the scheme. |
| 09:39:33 | 2 | Q.  Is part of this scheme also sometimes that you have |
| 09:39:37 | 3 | someone out on the street, they give you information about |
| 09:39:40 | 4 | recent crimes, and then you provide it to Government, as if you |
| 09:39:43 | 5 | know about it independently; is that also part of the scheme? |
| 09:39:47 | 6 | A.  No. |
| 09:39:47 | 7 | Q.  No, that's not part of the scheme? |
| 09:39:49 | 8 | A.  No, sir. |
| 09:39:49 | 9 | Q.  No.  That's not something you and Rabbit talked about too? |
| 09:39:52 | 10 | A.  Not as I know of. |
| 09:39:53 | 11 | Q.  You and Rabbit have talked about this scheme, obviously, |
| 09:39:57 | 12 | because you knew that he knew about it, right? |
| 09:39:59 | 13 | A.  Anyone in the federal system know about it.  That's the |
| 09:40:02 | 14 | talk of the dome.  Just like people know about rats -- people |
| 09:40:07 | 15 | wearing wires and all that, that don't happen no more.  But |
| 09:40:10 | 16 | everybody knows that -- about that scheme.  That's not nothing |
| 09:40:13 | 17 | new. |
| 09:40:13 | 18 | Q.  So in this call -- which this call took place, |
| 09:40:15 | 19 | incidentally, about ten months after you agreed to cooperate, |
| 09:40:20 | 20 | right? |
| 09:40:20 | 21 | A.  Yes, sir. |
| 09:40:21 | 22 | Q.  To cooperate fully with the Government? |
| 09:40:23 | 23 | A.  Yes, sir. |
| 09:40:23 | 24 | Q.  To tell them honestly about everything, right? |
| 09:40:28 | 25 | A.  Yes, sir. |

*OFFICIAL TRANSCRIPT*

```
09:40:28  1   Q.   You're still pulling a scheme on the Government, right?
09:40:34  2   A.   I'm not pulling a scheme off the Government.
09:40:37  3   Q.   You're still talking to your wife -- or not your wife,
09:40:39  4   you're talking to Ashley.  Who is Ashley, again?
09:40:42  5   A.   My children mother.
09:40:44  6   Q.   You're talking to your baby momma about raising enough
09:40:50  7   money to pull a scheme on the Government, right?
09:40:50  8   A.   I'm not going to raise it because I'm not going to give
09:40:53  9   that guy my money, first of all.
09:40:54 10   Q.   In this phone call, sir, you're talking about raising
09:40:58 11   enough money to pull a scheme on the Government, correct?
09:41:01 12   A.   Sir, if I really wanted to pull a scheme --
09:41:04 13   Q.   Correct?
09:41:04 14   A.   Yes, sir.
09:41:04 15   Q.   It's a yes or no question.
09:41:05 16   A.   Yes, sir.  But if I really wanted to pull that scheme, it
09:41:07 17   was nothing for me to come up with $30,000.  I got people I
09:41:12 18   could reach out to get $30,000.
09:41:13 19   Q.   Oh, well, that's good to know.  That's good to know.
09:41:15 20            Who can you get $30,000 from easily that's still on
09:41:18 21   the street?
09:41:18 22   A.   Someone that would be interested in buying a house.
09:41:21 23   Q.   You could sell your house to them?
09:41:23 24   A.   Yes.  If I really wanted the $30,000, it was nothing.
09:41:27 25   Q.   Is that really what you're talking about when you said
```

*OFFICIAL TRANSCRIPT*

|  |  |
|---|---|
| 09:41:27 1 | that you have people on the street who could give you $30,000, |
| 09:41:27 2 | or were you talking about -- |
| 09:41:31 3 | A. I know guys -- |
| 09:41:31 4 | Q. When you were talking about people on the street who you |
| 09:41:39 5 | could easily get to give you $30,000, were you talking about -- |
| 09:41:42 6 | were you really talking about selling a ramshackle house, or |
| 09:41:46 7 | were you instead talking about your co-conspirators, your drug |
| 09:41:53 8 | partners who are still on the street today because you're not |
| 09:41:56 9 | talking about them? |
| 09:41:57 10 | A. No. I was talking about a guy named James that offered me |
| 09:42:01 11 | some money to buy the house, that wanted to buy it from me. |
| 09:42:03 12 | Q. Okay. You're talking about selling your house? |
| 09:42:05 13 | A. Yes, sir. |
| 09:42:06 14 | Q. Okay. So with -- again, so with Ashley, you're talking |
| 09:42:11 15 | about, well, we're going to bring in some money from this |
| 09:42:15 16 | house -- because you say -- she says to you, oh, well, you |
| 09:42:18 17 | better get that house up and running, that's your money right |
| 09:42:21 18 | there, right? That's what she says to you? |
| 09:42:23 19 | A. Right. |
| 09:42:23 20 | Q. What she means is, you own that house, right? |
| 09:42:27 21 | A. Yes. |
| 09:42:27 22 | Q. It's your house, 2014? |
| 09:42:30 23 | A. Yes. |
| 09:42:30 24 | Q. We've already talked about how you didn't tell anybody |
| 09:42:33 25 | about this house, right? |

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 09:42:33  1 | A.   What. |
| 09:42:34  2 | Q.   We've already discussed that you didn't tell anybody about |
| 09:42:37  3 | this house, right? |
| 09:42:37  4 | A.   They asked me about things that I had that was illegal, |
| 09:42:40  5 | that was brought (verbatim) with drug money. |
| 09:42:43  6 | THE COURT:  We have gone through this already.  Let's |
| 09:42:47  7 | move on. |
| 09:42:49  8 | EXAMINATION BY MR. SOTHERN: |
| 09:42:50  9 | Q.   So, you're talking to her about pulling this scheme, |
| 09:42:56 10 | right?  You're talking to her about let's get -- $20,000 would |
| 09:43:02 11 | be good, right; that would get you ten years off? |
| 09:43:05 12 | A.   Yes. |
| 09:43:05 13 | Q.   $40,000, that would be even better; that would give you |
| 09:43:09 14 | 20 years off, right? |
| 09:43:10 15 | A.   Yes. |
| 09:43:10 16 | Q.   So just to be clear, you and Ashley, in 2014, in July of |
| 09:43:16 17 | 2014, are talking about your pursuing a plan, an illegal |
| 09:43:24 18 | scheme, to defraud the Government, right? |
| 09:43:28 19 | A.   Yes. |
| 09:43:28 20 | Q.   Okay.  You're talking about doing it with money that |
| 09:43:39 21 | should have been reported to the Courts, so that it could have |
| 09:43:41 22 | possibly gone to people like Quelton Broussard's family, |
| 09:43:44 23 | because you murdered him, right? |
| 09:43:46 24 | A.   Yes. |
| 09:44:14 25 | MR. SOTHERN:  Court's indulgence.  One moment, please. |

*OFFICIAL TRANSCRIPT*