FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry   02/01/2022

JR, a black male, date of birth 07/19/1976 was interviewed at the United States Attorney's Office, EDLA, by SA William C. Williams, SA Matthew Strickland, AUSA Elizabeth Privitera and AUSA Brandon Long. After being advised of the identity of the interviewing officials and the nature of the interview, JR provided the following information:

Some of the information previously provided by JR came directly from RW, whom JR was housed with at St. Charles Parish Sheriff's Office Jail, federal tier. However, a portion of the information regarding the murder-for-hire plot JR had previous provided actually came from fellow inmates GS and TS. At separate times, GS and TS instructed JR on what to say regarding a portion of the information he (JR) provided on the murder-for-hire plot.

GS approached JR, telling JR that he would sell JR information to provide to law enforcement. JR told GS that he would not pay GS unless he got credit which reduced his sentence. JR did provide the information GS told him, but he never paid GS any money for the information.

TS also provided information regarding the murder-for-hire that JR then provided to the government. TS never asked for money, but asked that JR look out for him (TS) after he (JR) got out of jail. JR knows of no other inmate that TS or GS has provided information to regarding the murder-for-hire, or any other crime, except himself and possibly GF.

JR advised that he believes his family is at risk if he testifies. RW once told JR that he (RW) knew some inmates were going to testify. JR believed RW's comments were directed at him and other inmates. Further, JR was in a "boot" to immobilize his foot as a result of it being broken in a fight due to his cooperation in another matter. JR advised that he was scared to testify.

Investigation on 01/25/2022 at New Orleans, Louisiana, United States (In Person)

File # 209A-NO-73635-WOMACK, 166C-NO-2846540   Date drafted 01/31/2022

by William C. Williams

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

536597