## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-032** |
| **v.** | * | **SECTION: "M"** |
| **LOUIS AGE, III, et al.** | * | |

\* \* \*

### GOVERNMENT'S MOTION FOR LEAVE TO SEAL
### OPPOSITION TO MOTION TO WITHDRAW CO-COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and moves this Honorable Court to seal this motion and the accompanying Government's Opposition to Motion to Withdraw as Co-Counsel. The government submits this motion should be sealed because it is responding to a motion that was filed under seal.

2

    Accordingly, the United States prays that the accompanying Government's Motion for Leave to Seal Opposition to Motion to Withdraw Co-Counsel be sealed.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Theodore R. Carter, III*
DAVID E. HALLER
ELIZABETH PRIVITERA
BRANDON LONG
THEODORE R. CARTER, III
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3165
Email: theodore.carter@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2022, I filed the foregoing with the Clerk of Court under seal and provided a copy of same to counsel for defendant via electronic mail.

*s/Theodore R. Carter, III*
NICHOLAS D. MOSES
Assistant United States Attorney
