MINUTE ENTRY
ASHE, J.
APRIL 6, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| STANTON GUILLORY<br>LOUIS AGE, JR.<br>LOUIS AGE, III<br>RONALD WILSON, JR. | SECTION:  M (1) |

## JURY TRIAL

| | |
|---|---|
| Courtroom Deputy: | Cherie Charles/Shannon Shedd |
| Court Reporter: | Alexis Vice |
| APPEARANCES: | Elizabeth A. Privitera, David Haller, Brandon Long, and Theodore Carter, Asst. U. S. Attorneys<br>Kerry Cuccia and Alysson L. Mills, Counsel for Stanton Guillory<br>Richard Bourke and Julia Chung, Counsel for Louis Age, Jr.<br>Nicholas Joseph Trenticosta and Steven Lemoine, Counsel for Louis Age, III<br>Anna Friedberg and Jessica L. Mullaly, Counsel for Ronald Wilson, Jr. |

Court begins at 9:00 a.m.
All present and ready.
Preliminary matters discussed outside the presence of the jurors.
Jury returned to the courtroom at 9:10 a.m.
Government's witnesses.
Mary Johnson, testimony resumed.
Richard Jones, sworn and testified as an expert.
Government's exhibits 59a, 59b, 62 offered and admitted.
David Maria, sworn and testified.
Government's exhibits 10 and 15, offered and admitted.
Lunch Recess: 12:25 p.m.- 1:30 p.m.
Trial matters discussed outside the presence of the jurors.
Jury returns to the courtroom.
David Maria, testimony resumed.
Defendant's exhibit 333, offered and admitted.
Michael Fiser, sworn and testified.
Government's exhibits 1.15, 18, 19, 22, 25 offered and admitted.
Shannon Glanton, sworn and testified.
Jury excused.

Court recessed at 5:00 p.m., to reconvene on Thursday, April 7, 2022, at 9:00 a.m.
Defendants remanded to the custody of the U.S. Marshal.
JS10: 6:25