UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET |
| | ) | |
| versus | ) | NUMBER: 16-32-1 |
| | ) | |
| LOUIS AGE JR. | ) | JUDGE BARRY W. ASHE |
| LOUIS AGE III | ) | |
| RONALD WILSON JR | ) | |
| STANTON GUILLORY | ) | |

**ORDER ON DEFENDANTS' REQUEST FOR ACCESS TO REPORTS**

**IT IS ORDERED** that the defendants' unopposed request to be granted access to expert and summary reports over the weekend of April 8, 2022 to April 11, 2022 be **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants be permitted to have with them while in the custody of the US Marshalls and the Plaquemines Detention Center: the FBI CAST report dated March 29, 2022; the Envista Forensics Historical Cell Site Analysis; and, the telephone toll record analysis marked as Gov Ex 69 along with the relevant protective order, Doc 618.

**IT IS FURTHER ORDERED** that the US Marshalls and Plaquemines Correctional staff may review the documents for security purposes and take any necessary action if required by security concerns but shall otherwise make the documents available to the defendants through the weekend.

New Orleans, Louisiana, this 8th day of April, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

1