MINUTE ENTRY
ASHE, J.
APRIL 27, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| STANTON GUILLORY<br>LOUIS AGE, JR.<br>LOUIS AGE, III<br>RONALD WILSON, JR. | SECTION:  M (1) |

**JURY TRIAL**

Courtroom Deputy:       Cherie Charles and Shannon Shedd
Court Reporter:             Alexis Vice

APPEARANCES:       Elizabeth A. Privitera, David Haller, Brandon Long, and Theodore Carter, Asst. U. S. Attorneys
Kerry Cuccia and Alysson L. Mills, Counsel for Stanton Guillory
Richard Bourke and Julia Chung, Counsel for Louis Age, Jr.
Nicholas Joseph Trenticosta and Steven Lemoine, Counsel for Louis Age, III
Anna Friedberg and Jessica L. Mullaly, Counsel for Ronald Wilson, Jr.

The jury was present and resumed deliberations at 9:10 a.m.
Court reconvened at 1:45 p.m.
Verdicts published at 2:05 p.m.
Trial completed at 2:30 p.m.
Pre-sentence investigation ORDERED.
Sentencing for all defendants set for August 4, 2022, at 1:30 p.m.
The defendants were ordered remanded to the custody of the U. S. Marshal.
Court adjourned.

JS10:0:45