# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30656   USA v. Age  
                   USDC No. 2:16-CR-32-2

The court has granted the motion of United States of America to view and obtain non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Mr. Kevin G. Boitmann  
Mr. Richard John Bourke  
Ms. Diane Hollenshead Copes  
Mr. Kerry P. Cuccia  
Mr. David Earl Haller  
Ms. Carol L. Michel  
Ms. Alysson Leigh Mills  
Mr. Christopher James Murell  
Ms. Autumn Alycia Town